## TAYLOR v. THE STATE.

SIMMONS, C. J.   There was no error in the charge or in the failures to charge. The evidence warranted the verdict, and the trial judge did not err in refusing to grant a new trial.

*Judgment affirmed.   All the Justices concurring, except Little, J., absent.*

Submitted February 17, — Decided March 10, 1902.

Indictment for murder.   Before Judge Felton.   Bibb superior court.   January 9, 1902.

*John R. Cooper* and *Herman Brasch*, for plaintiff in error.

*Boykin Wright, attorney-general,* and *William Brunson, solicitor-general,* contra.